UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

FORD MOTOR CO.,

               Plaintiff,         09 Civ. 1646 (JGK)

    - against -                ORDER

RUSSIAN FEDERATION, ET AL.,

               Defendants.
_____

JOHN G. KOELTL, District Judge:

    The defendants' time to answer is extended to **August 16, 2010**. Another conference is scheduled for **September 8, 2010, at 4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           July 27, 2010

                                             _____
                                                John G. Koeltl
                                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____