UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FORD,

                Plaintiff(s)                              09 civ 1646 (JGK)

     -against-                               ORDER OF DISCONTINUANCE

RUSSIAN FEDERATION,

                Defendant(s).
-----------------------------------------------------------X

    It having been reported to this Court that the parties have settled this action,

    It is, on this **2ND** day of **August,** 2010, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within 60 [30 struck] days of the date of this order, [initialed JGK] counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                                                                            _/s/ John G. Koeltl_
                                                               JOHN G. KOELTL
                                                 UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        August 2, 2010

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/3/10
```