# AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

## ATTORNEYS AT LAW

757 THIRD AVENUE, NEW YORK, N.Y. 10017
212 593-6700
FAX: 212 593-6970

**MEMBERS OF THE FIRM**

| | | | |
|---|---|---|---|
| MARK J. AARONSON | MICHAEL M. PUTTERMAN | JAY A. RAPPAPORT | PETER J. FAZIO |
| LAWRENCE D. BLOOMSTEIN | ANDREW I. KAPLAN | LAWRENCE W. ROSENBLATT | (212) 593-5458 |
| NEIL F. BRENES | STEVEN Z. KRONOVET | CAROL E. RUSSELL | PJFAZIO@ARFDLAW.COM |
| RICHARD V. CAPLAN | PHILIP D. LERNER | BARBARA A. RYAN | |
| ROBERT J. CECALA | NICHOLAS J. MAROTTA | BARRY M. SCHREIBER | |
| ROBERT S. DEUTSCH | DAVID A. MAYER | DAWN C. SHAPIRO | |
| SUSAN ETRA | ROBERT S. MELNICK | ALISON R. SHIELDS | |
| PETER J. FAZIO | DANIEL NESSIM | NANCY A. STEPROE | |
| MARK B. FEINSTEIN | NANCY L. PENNIE | ELLIOTT J. ZUCKER | |
| CRAIG P. FENNO | | | |

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 10-1-10]

September 30, 2010

[Stamp: RECEIVED SEP 30 2010 CHAMBERS OF JOHN G. KOELTL U.S.D.J.]

**VIA FACSIMILE (212) 805-7912**

United States District Court-Southern District of New York
500 Pearl Street, Court Room 12B
New York, New York 10007
Attn: The Honorable John G. Koeltl

Re:  Ford v. Russian Federation
     CIV: 09 CV 1646
     Our File No. : 5003.001

**APPLICATION GRANTED**
**SO ORDERED**
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
9/30/10

Dear Judge Koeltl:

Please allow this to serve as a joint request for the Court to extend its order of August 2, 2010 wherein the Court indicated that the plaintiff may apply by letter for restoration of the action to the calendar within sixty (60) days of the August 2, 2010 order. All parties request a thirty (30) day extension of this order to November 2, 2010.

While all parties have agreed to settle this matter and the Russian Federation has agreed to pay Ford Motor Company a confidential sum to resolve this case, to date, the defendants have not issued the settlement check to the office of the undersigned.

Counsel for the defendants, who has joined in this request, has advised me that the process to issue the settlement draft must go through a certain government procedure which is why the plaintiff, while not pleased with this delay, has agreed to this final thirty day extension.

{00820701.DOC }

915014v.1
915617v.1

-2-

The Honorable John G. Koeltl
September 29, 2010
RE: Ford v. Russian Federation

At this time, defense counsel is unable to commit that the settlement draft will be delivered within thirty days but is hopeful that payment will be made by November 2, 2010. If the settlement draft is not received within the thirty days the plaintiff will forward a letter to the Court requesting the case be restored.

Should you have any questions, or require anything further, please do not hesitate to contact the undersigned.

Very truly yours,
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

PETER J. FAZIO
PJF:mk

CC:

**VIA FACSIMILE (212) 371-1084**
Kenneth M. Block, Esq.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022

{927967-2}{00820701.DOC}

915014v.1
915617v.1