USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
FORD MOTOR COMPANY,

              Plaintiffs,

- against -

THE RUSSIAN FEDERATION and THE RUSSIAN
MISSION TO THE UNITED NATIONS,

              Defendants.
--------------------------------------------------------------- x

Civil Action No. 09-CIV-1646 (JGK)

**STIPULATION OF SETTLEMENT AND DISCONTINUANCE WITH PREJUDICE AND WITHOUT COSTS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, or a conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action is hereby discontinued with prejudice and without costs or attorneys' fees to any party.

Dated: New York, New York
        December 2, 2010

AARONSON RAPPAPORT FEINSTEIN &
DEUTSCH LLP

By: _____
    Peter J. Fazio
*Attorneys for Plaintiff*
757 Third Avenue
New York, New York 10017
(212) 593-6700

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By: _____
    Kenneth M. Block
    Carl D. LeSueur
*Attorneys for Defendants*
900 Third Avenue
New York, NY 10022
(212) 508-6700

SO ORDERED:

_____
United States District Judge
12/13/10

The Clerk is directed to enter judgment and to close this case. SO ordered.
12/13/10 [signature] U.S.D.J.